IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


ANGELA M. FARLEY,                                  09-CV-1211-BR

       Plaintiff,

                                                   JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.


    Based on the Court's Opinion and Order (#21) issued

February 11, 2011, the Court **AFFIRMS** the Commissioner's final

decision and **DISMISSES** this matter.

    DATED this 11th day of February, 2011.

                                    /s/ Anna J. Brown

                                    _____
                                    ANNA J. BROWN
                                    United States District Judge


1 - JUDGMENT